R. L. Cain *v*. Southern Express Co.

R. L. CAIN *v*. SOUTHERN EXPRESS CO.

FELONY. *Note given for the compromise of. Illegal consideration.*
Where a note is given for the purpose of compromising a
felony, the consideration is illegal, and no recovery can be had.
Case cited: Porter *v*. Jones, 6 Cold., 327.

FROM WARREN.

Appeal from the Circuit Court. WM. P. HICKER-
SON, Judge.

W. E. B. JONES for Cain.

THOS. B. MURRAY for Southern Express Co.

FREEMAN, J., delivered the opinion of the Court.

The only question we need refer to in this case
is the one raised on the action of the Court in
striking out defendant's plea, setting up the defence,
that the note sued on was made on the consideration
of the compromise of the prosecution for a felony.
The plea had been filed by leave of the Court, and
on motion was stricken out. While the plea is not
as full as might have been, it presents, if true, a
substantial defence to the action, and sufficiently al-
leges an illegal consideration, giving it a fair and
easy construction. See *Porter* v. *Jones*, 6 Cold., 327.

The case will be reversed, and remanded for a
new trial, when an issue may be made on the plea
stricken out.